IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) ) ) | |
| Applicant, | ) ) | |
| v. | ) ) | CIVIL ACTION 16-0061-WS-N |
| LEAR CORPORATION EEDS AND INTERIORS, | ) ) ) ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered on this date, granting the NLRB's Applications for Order Enforcing Subpoenas Duces Tecum (docs 1; doc. 7, at 3-11), it is **ordered, adjudged and decreed** that said applications are **granted**. It is further **ordered, adjudged and decreed** that respondent is to comply with the administrative subpoenas issued by the NLRB as soon as reasonably practicable, but in no event later than **July 8, 2016**.

DONE and ORDERED this 17th day of June, 2016.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE